Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
(213) 335-3935 | YMA@LawAlm.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BERNIE 2020,<br><br>    Plaintiff,<br><br>    v.<br><br>DEAN C. LOGAN, Los Angeles County Registrar-Recorder/County Clerk; and Does 1-100,<br><br>    Defendants. | Case No. 20-CV-2096<br><br>**DECLARATIONS IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff, by and through its attorney of record, has moved this court for a temporary restraining order, pursuant to Fed. R. Civ. P. 65(b), restraining and enjoining Defendant DEAN C. LOGAN, Los Angeles County Registrar-Recorder/County Clerk, its agents, employees, successors, attorneys, and all persons in active concert and participation with it or them, from closing the polls in Los Angeles County, California for an additional two hours beyond their usual closing hour, or pending a hearing on Plaintiff's action, filed with this Court on March 3, 2020. Attached are **declarations** in support of Plaintiff's application for a temporary restraining order.

Dated: March 3, 2020                    Respectfully submitted,

                                         */s/ Yasin M. Almadani*
                                        Yasin M. Almadani, Esq.
                                        ALMADANI LAW

                                        *Attorney for Plaintiff*

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

BERNIE 2020,

         *Plaintiff*,

         —against—

DEAN C. LOGAN, Los Angeles County Registrar-Recorder/County Clerk; and Does 1-100;

*Defendants*.

Declaration of Jane Kim

1. I am the California Political Director for the Bernie 2020 campaign.

2. On March 3, 2020, volunteers and staff for the Bernie 2020 campaign under my direction operated a voter protection hotline and collected field reports detailing voting irregularities. Based on my best information and belief, the information contained in the list of lines in the Memorandum of Points and Authorities is an accurate reflection of these field reports.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.
/s/ Jane Kim

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNIE 2020,

        Plaintiff, Daniel S. Andalon

              --against---

Dean Logan, Registrar-Recorder/County Clerk,

                                 Defendant

                                 Declaration of Daniel S. Andalon

1.     I, Daniel Andalon, observed long lines that prevented many people from voting in Los Angeles County.

2.     I went to the Logan Elementary School vote center, where the line was very long. I witnessed voters walk away from the line and decided not to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.

/s/ Daniel S. Andalon

Declaration of Annaly Medrano

1. I am a registered eligible voter who intended to conditionally in Los Angeles County.

2. I went to the vote center, where the line was over 1 hour long at Our Lady of Holy Rosary in Sun Valley, California.

3. I also witnessed only 4 out of 5 voting machines working.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.

/s/ Annaly Medrano

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNIE 2020,

    Plaintiff,

        --against---

Dean Logan, Registrar-Recorder/County Clerk,

        Defendant

Declaration of Matthew Strugar

1.    I, Matthew Strugar, am a volunteer with BERNIE 2020.

2.    I went to the Logan Elementary School vote center in Echo Park, where I witnessed a long line of persons waiting to cast their votes. The line went out of the door to the voting center and was wrapped around the play area of said school. Voters stated to me that they had been waiting for over ninety minutes hours to cast their votes.

3.    I went to the Mayberry Elementary School vote center in Echo Park, where I witnessed a long line of persons waiting to cast their votes. The line went down an interior hallway and out into the parking lot. I witnessed the line moving extremely slowly. Voters stated to me that they had been waiting for over one hour to cast their votes.

4.    I went to the Echo Park Recreation Center vote center in Echo Park, where I witnessed a long line of persons waiting to cast their votes. The line went out of the door of the voting center, down the block on Bellevue, into the parking lot of said recreation center, and around the entirety of the parking lot. Voters stated to me that they had been waiting for over an hour and fifteen minutes to cast their votes.

5.    I went to the Elysian Masonic Lodge vote center in Los Feliz, where I witnessed a long line of persons waiting to cast their votes. The line went out of the door of the voting center, through the parking lot, down Vermont the corner of Franklin, down Franklin over half a block east. Voters stated to me that they had been waiting for over two hours to cast their votes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.
/s/ Matthew Strugar

Declaration of Jorge Castaneda

1.  I am a registered voter/an eligible voter who intended to conditionally register today in Los Angeles County. NA

2.  I went to the St. Charles Borromeo Church vote center, where the line was 250 voters long. Voters waited for 2 hours before were able to register and vote.

3.  I also witnessed only 2 Poll Books and 4 of 5 BDMs were functioning, creating a massive bottleneck at the check-in desk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.

/s/ Jorge Castañeda

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNIE 2020,

    Plaintiff,

    --against---

Dean Logan, Registrar-Recorder/County Clerk,

    Defendant

Declaration of Hodalys Anai Argueta


1. I am an eligible voter who intended to conditionally register today in Los Angeles County.

2.     I went to the California State University Northridge vote center, where the line was long. I waited for 2 hours was unable to wait in line. I/other voters were unable to return and vote because the line continue to be long. So I went to Northridge Academy to vote.

3. I also witnessed my fellow classmates leave California State University Northridge vote center because they had to attend class.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.
(Signature)".

Declaration of Julian Cepeda

1. I am a registered voter in Los Angeles County.

2. I went to the Cal State Los Angeles vote center at 5151 State University Dr, Los Angeles, CA 90032, where the line was 1 hour long at 3:30pm.

3. I also witnessed long lines at the voting center. 10 out the 48 voting machines were down.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.

/s/ Julian Cepeda

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNIE 2020,

    Plaintiff,

        --against---

Dean Logan, Registrar-Recorder/County Clerk,

                              Defendant

Declaration of Madeline Kelly Merritt

1.  I am Registered Voter in Los Angeles County and observed and Campaign Observer today at the polls.

2.  I went to the Evergreen Recreation Center, where the line was 1.5 hours at 2:30 pm. There were two lines- only two working ipads and only 2 working voter machines. This location used to be a full gym and many voters always vote here and did not know to go to a nearby location with shorter times to vote. The Poll Worker April Robles reported that she has been asking for assistance from the county for 4 days with no response. Many voters were not being found in the system to find their information even though they have been long term voters. People were getting so fed up that they were throwing incomplete ballots at the poll workers and leaving. If they went to other location they had to void the other ballot and vote provisionally. Reports of people coming in with this circumstance at nearby voter location the Tenrikyo Church in Boyle Heights.

3.  I also witnessed seniors who were forced to stand on their feet for 2 hours, and voters in distress because they had to return to work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.
Madeline Kelly Merritt

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNIE 2020,

    Plaintiff,

        --against---

Dean Logan, Registrar-Recorder/County Clerk,

    Defendant

Declaration of Olivia Slaby

1. I am a registered voter in Los Angeles County.

2. I went to the Ackerman Union vote center, where the line was extremely long. I have currently been waiting for two hours to vote. I am giving this declaration from the line and have not yet been able to vote. There are at least a few hundred people waiting in line to vote with me.

3. I also witnessed some people leaving without voting because the line is a few hours long and these are students who have class.

4. I believed based on my past experience voting in California that it would take 10 minutes to vote. It is very important to me that I can vote in this election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.
/ Olivia  Slaby /

Declaration of Sophia Armen

1. I am a registered voter/an eligible voter who intended to conditionally register today in Los Angeles County.

2. I went to the a UCLA vote center, where the line was very long.

3. I also witnessed that every single voter was given a provisional ballot. We were told by poll workers it was because the LA registrar system was down, they were offline. Every person was handed a provisional ballot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.

*/s/ Sophia Armen*

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNIE 2020,

    Plaintiff,

--against---

Dean Logan, Registrar-Recorder/County Clerk,

Defendant

Declaration of Alexis Edelstein

1.    I am Registered Voter in Los Angeles County and observed and Campaign Observer today at the polls.

2.    I went to the Echo Park Rec Center voting site, 1632 Bellevue Ave. where the lines were more than an hour long at 3:30pm. There was one line with only three working ipads and 5 working voter machines. There was a 100+ person line at 3:30pm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.
Alexis Edelstein

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNIE 2020,

                                                Defendant

    Plaintiff,

                                        Declaration of Alexis Edelstein

                --against---

Dean Logan, Registrar-Recorder/County Clerk,

1.     I am Registered Voter in Los Angeles County and observed and Campaign Observer today at the polls.

2.     I went to the Mayberry Elementary school voting site, 2414 Mayberry St. where the lines were more than an hour long at 4pm. There was one line with only three working ipads and 9 working voter machines of which half were idle due to bottle neck with iPads. There was a 120 person line at 4pm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.
Alexis Edelstein

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNIE 2020,

    Plaintiff,

--against---

Dean Logan, Registrar-Recorder/County Clerk,

    Defendant

Declaration of Dylan Portillo

1. I am resident and registered voter in Los Angeles County.

2. I went to the Ackerman Union vote center around 12:30 pm. I witnessed voters waiting in line for one and a half to two hours earlier in the day. I stayed to watch the poll for about five hours and later in the day the line started taking two to three hours.

3. I also witnessed 200 to 500 people waiting in line. I witnessed about 50 people leave without voting. They left after hearing how long the line would take. These voters were primarily students. I spoke to voters who had to go to work and class, so they could not stay to vote.

4. At 6:00pm, the poll workers informed everyone in line that they will have to vote provisionally because the registrar system went offline. As of 6:45 pm, the wait time is four hours long.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020.
/ Dylan Portillo /